

ENTERED
04/19/2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 96-46228
§
§
§
§
Debtor(s). §

#47

### Order for Payment of Unclaimed Funds

Upon the application of _Rick Buckley_,

seeking payment of $ _455.66_ representing funds previously unclaimed by

_GE Card Services_

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that _GE Capital_ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ _455.66_ to:

_GE Capital Attn: Rick Buckley_
_901 Main Ave_
_Norwalk CT 06851_

Signed this ___ day APR 1 9 2010 _____, _____.

_____
United States Bankruptcy Judge